ACCEPTED
01-14-00727-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 3:39:12 PM
CHRISTOPHER PRINE
CLERK

# John J. Davis

## Attorney at Law

P.O. Box 787, Angleton, TX 77516-0787

Phone 979-849-4362

d.attorne@sbcglobal.net

July 10, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/9/2015 3:39:12 PM

CHRISTOPHER A. PRINE
Clerk

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

Re: Court of Appeals Number 01-14-00727-CR
    Alphonso Smith vs. The State of Texas
    In the First Court of Appeals, Houston, Texas
    Trial Court Cause Number 71,088
    Trial Court: 239th District Court of Brazoria County, Texas

## CERTIFICATION OF NOTIFICATION

TO THE COURT OF APPEALS:

Pursuant to Rule 48.4 Texas Rules of Appellate Procedure, I, John J. Davis, attorney for the above appellant in the above appeal hereby certify that I sent a copy of the court's opinion and judgment in this cause by certified mail, return receipt requested, as evidence by the enclosed copy of the receipt, on July 3, 2015, to Appellant at his last known address which is:

Alphonso Smith #1952701
Estelle Unit
264 FM 3478
Huntsville, Texas 77320

I also certify that I have advised Appellant of his right to file a pro se petition for discretionary review in order to seek review by the Court of Criminal Appeals. I advised Appellant that such petition must be filed within thirty days of the date of the Court of Appeals opinion and noted his deadline for filing. I also advised him that such petition must filed with the Court of Criminal Appeals and have given him that address along with copies of the pertinent rules.

Respectfully submitted,

/s/ John J. Davis

John J. Davis
SBN: 05515500

ATTORNEY FOR APPELLANT



# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HUNTSVILLE TX 77320

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | N/A N/A |
| Total Postage & Fees | $ $1.85 |

0515
04
Postmark Here
07/03/2015

**Sent To**
Alphonso Smith #1952701

**Street, Apt. No.; or PO Box No.**
Estelle Unit
264 FM 3478

**City, State, ZIP+4**
Huntsville, TX 77320

PS Form 3800, August 2006 — See Reverse for Instructions

7012 2210 0001 7009 1153

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X D. Cook
☐ Agent
☐ Addressee

**B. Received by ( Printed Name)**
D. COOK

**C. Date of Delivery**
7/6/15

**1. Article Addressed to:**

Alphonso Smith #1952701
Estelle Unit
264 FM 3478
Huntsville, TX 77320

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number**
*(Transfer from service label)*
7012 2210 0001 7009 1153

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540